■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODELL HERRING, JR., Appellant. [648 NYS2d 362] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.